UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

JOSEPH P. CARRANZA,

                            Plaintiffs,

        -against-                        05 CV 10010 (KMK)

The CITY OF NEW YORK, MICHAEL BLOOMBERG, RAYMOND KELLY, THE NEW YORK CITY POLICE DEPARTMENT, PAUL J. BROWNE, JOSEPH ESPOSITO, THOMAS GRAHAM, BRUCE SMOLKA, JOHN J. COLGAN, P.O. MARK MOCCIA, P.O. MARTIN TOCZEK, and HOLLY AGAJANIAN,

                            Defendants.

------------------------------------------------------------- x

## NOTICE OF APPEARANCE

     **PLEASE TAKE NOTICE** that Fred M. Weiler hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for all defendants except Holly Agajanian, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:  New York, New York
          April 10, 2006

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the City of New York

                                    By: _____/s/_____
                                          Fred M. Weiler (FW 5864)
                                          Assistant Corporation Counsel
                                          Special Federal Litigation
                                          100 Church Street, Room 3-132
                                          New York, New York 10007
                                          212.788.1817 (ph)
                                          212.788.9776 (fax)

cc:  All Parties (by ECF)