

# MEMO ENDORSED



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

FRED M. WEILER
*Assistant Corporation Counsel*
Phone: (212) 788-1817
Fax: (212) 788-9776
fweiler@law.nyc.gov

April 12, 2006

**BY HAND**
The Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/06
```

Re:   *Carranza v. City of New York et al.* (06 CV10010) (KMK) (JCF)

05CV10010

Dear Judge Francis:

   I am an assistant in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant City of New York (the "City").[1] I write with respect to the above-referenced matter, in which pro se plaintiff sets forth constitutional and state-law claims relating to his alleged false arrest and unreasonable detention during the 2004 Republican National Convention.

   The City's time to respond to the complaint will expire on or about April 17, 2006. With this letter, the City respectfully requests that its time to respond be extended to and including June 17, 2006.

---

[1] Upon information and belief, the police officers named as defendants in this action have not been served. Therefore, should the Court grant this enlargement, it is respectfully requested that it also give this office time to determine, pursuant to Section 50-k of the New York General Municipal Law, and based upon a review of the facts of the case, whether we may represent them. *See Mercurio v. The City of New York, et al.*, 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting *Williams v. City of New York, et al.*, 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985)) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law).

Hon. James C. Francis
April 12, 2006
Page 2

      The City has attempted to obtain the consent of plaintiff pro se to this extension; however, his complaint provides no phone number at which he can be reached. I have tried to locate Mr. Carranza via the White Pages and Google on the Internet, to no avail. To the extent the Court has any such contact information, I would appreciate a phone call, e-mail or fax to me at the addresses/numbers listed on this letterhead.

      In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, this additional time is needed to investigate the allegations of each complaint. It is our understanding that the records of the underlying criminal action, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50. Therefore, this office has forwarded to Mr. Carranza a consent and authorization for the release of scaled records so that the City can access the information, properly assess the case, and respond to the complaint. It takes from 30 to 45 days after the consent is received for the subject records to be unsealed and released to this office.

      No previous request for an extension has been made by the City. Accordingly, it is respectfully requested that the City's time to answer or otherwise respond to the complaint be extended to and including June 17, 2006.

      Thank you for your time and attention.

Respectfully submitted,

Fred M. Weiler (FW 5864)

cc:   Joseph Carranza (by mail)
      P.O. Box 575060
      Whitestone, NY 11357

4/13/06

Application granted.
SO ORDERED.

James C. Francis IV
USMJ