UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/09
```

JOSEPH P. CARRANZA,
                        Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,
                        Defendants.

No. 05 Civ. 10010 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court will hold a conference with respect to Defendants' Rule 72 objections and hear oral argument on defendant Holly Agajanian's motion to dismiss the amended complaint on May 1, 2009 at 4:00 p.m. at Courtroom 21C at 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:     New York, New York
           April 17, 2009

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE